IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALLEN EUGENE STONE, )
)
    Plaintiff, )
)
v. )   Civil Action No. 3:15CV509–HEH
)
SHERIFF, LOUDON COUNTY, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on October 30, 2015, the Court directed Plaintiff to pay an initial partial filing fee of $1.33 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/
                                               HENRY E. HUDSON
Date: Nov. 25, 2015                 UNITED STATES DISTRICT JUDGE
Richmond, Virginia